**Electronically Filed
Supreme Court
SCWC-30382
02-DEC-2010
02:11 PM**

NO. SCWC-30382

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JOHN P. DUNBAR, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 2DTI-09-025858)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/defendant-appellant John P. Dunbar's application for writ of certiorari, filed on October 21, 2010, was filed more than ninety days after the filing of the ICA's July 22, 2010 order of dismissal. The application is untimely. See HRS § 602-59(c) (Supp. 2009). Therefore,

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED: Honolulu, Hawai'i, December 2, 2010.

FOR THE COURT:

Mark E. Recktenwald

Chief Justice

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Nishimura, assigned by reason of vacancy.